**Electronically Filed
Supreme Court
SCPR-25-0000742
21-NOV-2025
10:21 AM
Dkt. 9 OGP**

SCPR-25-0000742

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN RE KATHERINE HUNT FEDERLE, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Intermediate Court of Appeals Associate Judge McCullen,
assigned by reason of vacancy)

Upon consideration of the petition to resign from the practice of law in the State of Hawai‘i, filed by attorney Katherine Hunt Federle (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), which the court construes as also seeking to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rule 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 4184, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, November 21, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Sonja M.P. McCullen

2